### Charles F. Hirsch v. Anna Hirsch.

1. EQUITY PRACTICE—*When a Decree will not be Disturbed on Appeal.*—The decision of a chancellor who heard and saw the witnesses will not be disturbed on appeal where the evidence is voluminous, conflicting and irreconcilable.

Bill, for separate maintenance. Appeal from the Circuit Court of Cook County; the Hon. OLIVER H. HORTON, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed November 30, 1896.

H. P. TOMLIN and H. VON HORN, attorneys for appellant.

R. R. Landis and Louis Boisot, Jr., attorneys for appellee.

Mr. Justice Gary delivered the opinion of the Court.
These parties are husband and wife.

She filed a bill for separate maintenance, and he a cross-bill for a divorce. The court sustained the first, granting a separate maintenance and solicitor's fees, upon the amount of which no question is made in appellant's brief, and dismissed the cross-bill.

We are now asked to reverse the decision of the chancellor who saw and heard the witnesses, whose conflicting and irreconcilable testimony fills nearly two hundred pages of this record. This can not be done without violating established rules, and the decree is affirmed. Jenkins v. Cohen, 138 Ill. 634; Barrows v. Barrows, Ibid. 649; Duberstein v. Duberstein, 66 Ill. App. 579.